**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alexkia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com


Attorney for:
RIGOBERTO GUZMAN MARQUEZ


**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 5:26-mj-00017-CDB |
| | ) |
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) **TO CONTINUE THE STATUS** |
| vs. | ) **CONFERENCE AND PRELIMINARY** |
| RIGOBERTO GUZMAN MARQUEZ, | ) **HEARING** |
| | ) |
| Defendant | ) |
| | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

CHRISTOPHER D. BAKER; AND JOSHUA BANISTER, ASSISTANT UNITED STATES

ATTORNEY:

    **COMES NOW** Defendant, RIGOBERTO GUZMAN MARQUEZ, by and through his

attorney of record, ALEXKIA TORRES STALLINGS, hereby requesting that the status

conference currently set for Wednesday, May 13, 2026, at 2:30 p.m. (See ECF Doc. 4) and the

Preliminary hearing set for Tuesday May 19, 2026, at 2:30 p.m. (See ECF Doc. 4) be continued

to Wednesday, June 10, 2026, at 2:30 p.m.

    Defense counsel is requesting this continuance due to counsel being unavailable at the time

of the currently scheduled status conference and Preliminary hearings.

Counsel is seeking to continue the status conference and Preliminary hearing to June 10, 2026. AUSA Joshua Banister has no objection to continuing the status conference.

The parties therefore stipulate that the period of time from May 13, 2026, through June 10, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 11, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
RIGOBERTO GUZMAN MARQUEZ

DATED: May 11, 2026

*/s/Joshua Banister*
JOSHUA BANISTER
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the status conference currently set for Wednesday, May 13, 2026, at 2:30 p.m. and the Preliminary hearing set for Tuesday May 19, 2026, at 2:30 p.m., be continued to Wednesday, June 10, 2026, at 2:30 p.m.

The period of time from May 13, 2026, through June 10, 2026, is excluded from calculation pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 11, 2026**   _____
UNITED STATES MAGISTRATE JUDGE